UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SANDRA FIELDS,

                Plaintiff,

v.                                          5:13-CV-0005
                                              (GTS/DEP)

BEEM, of the Women's Shelter at 1704 South
Salina Street, Syracuse, NY 13204*,*

                Defendant.
_____

APPEARANCES:                                            OF COUNSEL:

SANDRA FIELDS
  Plaintiff, *Pro Se*
1704 South Salina Street
Syracuse, New York 13204

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

       Currently before the Court, in the above-captioned *pro se* civil rights action filed by Sandra Fields ("Plaintiff"), is United States Magistrate Judge David E. Peebles' Report-Recommendation recommending that Plaintiff's Complaint be dismissed without prejudice due to Plaintiff's failure to comply with Local Rule 10.1(c) of the Local Rules of Practice (requiring her to notify the Court of a change in address), pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.2(b) of the Local Rules of Practice. (Dkt. No. 7.)

       Plaintiff has not filed an Objection to the Report-Recommendation, and the deadline in which to do so has expired. (*See generally* Docket Sheet.)

       When *no* objection is made to a report-recommendation, the Court subjects that report-recommendation to only a *clear error* review. Fed. R. Civ. P. 72(b), Advisory Committee Notes:

1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1. (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks and citations omitted).

Here, based on a review of this matter, the Court can find no error in Magistrate Judge Peebles' Report-Recommendation, clear or otherwise. (Dkt. No. 7.) Magistrate Judge Peebles employed the proper legal standards, accurately recited the facts, and reasonably applied the law to those facts. (*Id*.) As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein. (*Id*.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 7) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **<u>DISMISSED</u> without prejudice**, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.2(b) of the Local Rules of Practice.

Dated: July 24, 2013
Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge